**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

*FILED*
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **05 - CV - 1158**

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

JUN 2 2 2005

GREGORY C. LANGHAM
CLERK

FRAYNE AERON WISKUS,

      Applicant,

v.

WARDEN HECTOR RIOS, Warden of FCI Florence, Federal Correctional Institution,
      Florence, CO.,

      Respondent.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Applicant Frayne Aeron Wiskus has submitted an Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a letter to the Court.  The application

is in proper form. Therefore, the clerk of the court will be directed to commence a civil

action.  Applicant also has tendered the $5.00 filing fee.  The clerk of the court will be

directed to mail to the applicant, together with a copy of this order, a receipt for full

payment of the $5.00 filing fee.  Accordingly, it is

ORDERED that the clerk of the court commence this civil action.  It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee.  It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this _22_ day of _June_____, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **05-CV-1158**

Frayne Aeron Wiskus
Reg. No. 07010-046
FCI – Florence
PO Box 6000
Florence, CO 81226

     I hereby certify that I have mailed a copy of the **ORDER and receipt for the full $5.00 filing fee** to the above-named individuals on  6/22/05

GREGORY C. LANGHAM, CLERK

By: _____
                            Deputy Clerk